EDYTHE PHILLIPS, Appellant, v. DORIS REID, INC., Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within ten days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

MARY A. CRONIN, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BENJAMIN GANGEL, Respondent, v. SECOND AVENUE BATHS CORPORATION (NEW YORK), Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN BARRETT, an Infant, by MARY BARRETT, Her Guardian ad Litem, and MARY BARRETT, Appellants, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent, Impleaded with Another. (Consolidated Actions.) — Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, upon the ground that whether there existed negligence on the part of the defendant railway company, and whether it was a proximate cause contributing to the accident, were questions of fact of which there was some evidence in the record. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BARNARD, PHILLIPS & Co., INC., Appellant, v. ISIDOR LUBARSKY and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ARNOLD PRINT WORKS, Respondent, v. GRAMERCY TEXTILE PRINTING Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH LOUIS, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMY TAYLOR and ARTHUR TAYLOR, Respondents, v. ELSEMERE TAXI CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS DIMARTINO, an Infant, etc., by SALVATORE DIMARTINO, His Guardian ad Litem, and SALVATORE DIMARTINO, Respondents, v. MORANTI & RAYMOND, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.